UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL
UNION NATIONAL INDUSTRY PENSION FUND,
et al.

                Plaintiffs,

v.

AAA WINDOW CLEANING CORPORATION,

                Defendant.

C.A. No.

## CERTIFICATE RULE LCvR 7.1

      I, the undersigned, counsel of record for Plaintiffs Service Employees International Union National Industry Pension Fund, *et al.*, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

                Respectfully submitted,

                _____/s/_____
                Richard C. Welch (DC Bar# 485756)
                Eugene K. Ahn
                Mooney, Green, Baker & Saindon, P.C.
                1920 L Street, N.W., Suite 400
                Washington, D.C. 20036
                (202) 783-0010
                (202) 783-6088
                Counsel for Plaintiffs

May 8, 2008